UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREST MARCUS CALHOUN,<br><br>            Petitioner,<br><br>    v.<br><br>F. B. HAWS, Warden,<br><br>            Respondent. | CV 08-563-SVW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The Court has made a *de novo* determination with respect to those portions of the Report and Recommendation to which objection has been made. The Court adopts the Report and Recommendation, but amends line 10 on page 3 of the Report and Recommendation to say "conviction on provocative act murder" instead of "conviction on child endangerment." (*See* Petition at 6.)

IT IS ORDERED that Judgment be entered (1) approving and adopting this report and recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: May 28, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE