JS-6

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11 | DAREST MARCUS CALHOUN,      )      Case No. CV 08-563-SVW (OP)

12 |         Petitioner,      )      J U D G M E N T

13 |      vs.

14 | F. B. HAWS, Warden,

15 |         Respondent.

16

17      Pursuant to the Order Adopting Findings, Conclusions, and

18 Recommendations of the United States Magistrate Judge,

19      IT IS ADJUDGED that Judgment be entered: (1) approving and adopting

20 this Report and Recommendation; and (2) directing that Judgment be entered

21 denying the Petition and dismissing this action with prejudice.

22

23 DATED: ___MAY 2 8 2010___

24                             HONORABLE STEPHEN V. WILSON
                              United States District Judge

25 Prepared by:

26
27
     HONORABLE OSWALD PARADA
28      United States Magistrate Judge